IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL ODOM-WOODLIN**, on his own behalf and on behalf of his minor children, **DARIUS WOODLIN, DANIEL WOODLIN** and **ALIVIA WOODLIN** | : CIVIL ACTION : : : : |
| v. | : : |
| **CITY OF PHILADELPHIA; DETECTIVE VARELA; DETECTIVE ORTIZ**, Badge No. 974; **POLICE OFFICER BARBIE**, Badge No. 4561; **POLICE OFFICER FLYNN**, Badge No. 5824; **POLICE OFFICER IAROSIS**, Badge No. 3230; **POLICE OFFICER REDANAUER**, Badge No. 5833; and **POLICE OFFICER SIMPSON**, Badge No. 4442 | ; ; ; ; ; NO. 13-7163 ; ; ; ; |

## ORDER

**AND NOW**, this 31st day of December, 2013, upon consideration of the Petition to Confirm Settlement of Minor's Action and to Approve Allocation and Distribution of Settlement Funds (Document No. 2), it is **ORDERED** that settlement of the claims against the defendants in the gross amount of Forty-five Thousand Dollars ($45,000.00) is **APPROVED**.

**IT IS FURTHER ORDERED** that the settlement proceeds shall be distributed as follows:

A. For Plaintiff Daniel Odom-Woodlin, a gross settlement of $30,000, with a 35% contingent fee of $10,500 paid to Kairys, Rudovsky, Messing & Feinberg LLP, resulting in a net payment to Plaintiff Daniel Woodlin of $19,500.

B. For Plaintiff Darius Woodlin, a minor, a gross settlement of $5,000, with a 25% contingent fee equal to $1,250 paid to Kairys, Rudovsky, Messing & Feinberg LLP,

resulting in a net payment of to Plaintiff Darius Woodlin of $3,750.

  C. For Plaintiff Daniel Woodlin, a minor, a gross settlement of $5,000, with a 25% contingent fee equal to $1,250 paid to Kairys, Rudovsky, Messing & Feinberg LLP, resulting in a net payment of to Plaintiff Daniel Woodlin of $3,750.

  D. For Plaintiff Alivia Woodlin, a minor, a gross settlement of $5,000, with a 25% contingent fee equal to $1,250 paid to Kairys, Rudovsky, Messing & Feinberg LLP, resulting in a net payment of to Plaintiff Alivia Woodlin of $3,750.

  **IT IS FURTHER ORDERED** that with respect to the net settlement proceeds distributed to minor plaintiffs Darius Woodlin, Daniel Woodlin and Alivia Woodlin, Jonathan H. Feinberg, counsel for the plaintiffs, is authorized to execute all documentation necessary to purchase separate Certificates of Deposit from a federally insured bank or savings institution having an office in Philadelphia County in the sum of $3,750 for each of the said plaintiffs, not to exceed the insured amount, with the funds payable to each of the minor plaintiffs upon reaching majority. The Certificates of Deposit shall be titled in the name of each of the minor plaintiffs and shall be restricted as follows:

> Not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or otherwise alienated before the minor attains majority, except upon prior order of the court.

            /s/Timothy J. Savage
            TIMOTHY J. SAVAGE, J.